**In re Mark R. PERKELL, Esq.**

[719 A.2d 40]

No. 98-155

September 22, 1998. Mark R. Perkell having been reprimanded by the Statewide Grievance Committee of the State of Connecticut, and all reprimands in that state being public, Mark R. Perkell is hereby publicly reprimanded. A.O. 9, Rule 17D.